# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Benchmark Insurance Company,

    Plaintiff,

v.

SUNZ Insurance Company, et al.,

    Defendants.

Case No. 20-cv-908 (JRT/TNL)

**REPORT AND RECOMMENDATION**

Plaintiff Benchmark Insurance Company filed this interpleader action on April 9, 2020. On June 3, 2020, the Court ordered Benchmark to deposit $20,533,594 in interpleader funds with the Court's registry. (ECF No. 154). Since Benchmark filed suit, the following companies have filed interpleaders in which they disclaim their interest in the interpleaded funds to Defendant SUNZ Insurance Company ("SUNZ") and asked to be dismissed from the matter:

- Aviator Holdings, LLC (ECF No. 187)
- Barton Staffing Solutions, LLC (ECF No. 60)
- Business Insurers of Georgia, Inc. (ECF No. 62)
- Carolina's Construction Solutions, LLC (ECF No. 157)
- CJ Kant Resource Group, LLC (ECF No. 148)
- Cohesive Networks, Inc. (ECF No. 68)
- Cornerstone Capital Group, Inc. (ECF No. 70)
- CorTech, LLC (ECF No. 64)

- E3 HR, Inc. (ECF No. 72)

- Essential HR, Inc. (ECF No. 58)

- Harbor America Holdings, Inc. (ECF No. 90)

- Howard Leasing, Inc. (ECF No. 82)

- HR Service Group, LLC (ECF No. 76)

- Impact Outsourcing Solutions, Inc. (ECF No. 259).

- Impact Staff Leasing, Inc. (ECF No. 136)

- Innerstaff LLC (ECF No. 179)

- IS Development Group, LLC (ECF No. 92)

- Lightsource Holdings, LLC (ECF No. 118)

- PRO Resources, Corporation (ECF No. 194)

- Quality Business Solutions, LLC (ECF No. 95)

- Staff Pro, LLC (ECF No. 134)

One Defendant, DecisionHR Holdings, LLC, filed a disclaimer of interest in favor of SUNZ and also moved to be dismissed from this lawsuit. (ECF No. 260). The Court has previously granted SUNZ's motions to withdraw funds that relate to each of the above entities in light of their respective disclaimers.

When a defendant in an interpleader action "files a declaration disclaiming any interest in the funds deposited in court by the complainant, that defendant has no further interest or legal standing in the action." *Amoco Production Co. v. Aspen Group*, 189 F.R.D. 614, 616 (D. Colo. 1999). It is therefore appropriate to dismiss an interpleader defendant who makes no claim to the deposited funds. *Oakley Grains, Inc. v. Shumate*, No. 17-cv-

717, 2018 WL 4568596, at *3 (E.D. Ark. Sept. 24, 2018) (citing *Great Lakes Auto Ins. Group of Chicago, Ill. v. Shepherd*, 95 F. Supp. 1, 5 (W.D. Ark. 1951)); *see also Great West Cas. Co., Inc. v. Fredrics*, No. 10-cv-267, 2011 WL 5041196, at *1-*2 (W.D. N.C. Oct. 24, 2011). In this case, all of the above Defendants have expressly disclaimed their interest in the interpleaded funds. The Court therefore recommends that they be dismissed from the lawsuit with prejudice.

Therefore, based upon the record, memoranda, and proceedings herein, **IT IS HEREBY RECOMMENDED THAT:**

1. Defendants Aviator Holdings, LLC, Barton Staffing Solutions, LLC, Business Insurers of Georgia, Inc., Carolina's Construction Solutions, LLC, CJ Kant Resource Group, LLC, Cohesive Networks, Inc., Cornerstone Capital Group, Inc., CorTech, LLC, E3 HR, Inc., Essential HR, Inc., Harbor America Holdings, Inc., Howard Leasing, Inc., HR Service Group, LLC, Impact Outsourcing Solutions, Inc., Impact Staff Leasing, Inc, Innerstaff, IS Development Group, LLC, Lightsource Holdings, LLC, PRO Resources, Quality Business Solutions, LLC, and Staff Pro, LLC, having disclaimed any interest or waived any recovery with regard to the interpleaded funds, **BE DISMISSED FROM THIS ACTION** and that said Defendants may have and recover nothing of the interpleaded funds.

2. DecisionHR Holdings, Inc.'s Unopposed Motion for Entry of an Order of Dismissal (ECF No. 260) be **GRANTED** and that DecisionHR Holdings, Inc., having disclaimed any interest or waived any recovery with regard to the interpleaded funds, **BE DISMISSED**

**FROM THIS ACTION** and that it may have and recover nothing of the interpleaded funds.


Date: July 24, 2020                    *s/ Tony N. Leung*
                                       Tony N. Leung
                                       United States Magistrate Judge
                                       District of Minnesota

                                       *Benchmark Insurance Company v. SUNZ Insurance Company, et al*
                                       Case No. 20-cv-908 (JRT/TNL)


## NOTICE

**Filings Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in LR 72.2(c).