UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Benchmark Insurance Company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUNZ Insurance Company, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-908 (JRT/TNL)<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff Benchmark Insurance Company filed this interpleader action on April 9, 2020. On June 3, 2020, the Court ordered Benchmark to deposit $20,533,594 in interpleader funds with the Court's registry. (ECF No. 154). Since Benchmark filed suit, Team Company, Inc. (ECF No. 80), Total Staffing Solutions, LLC (ECF No. 125), Diverse Staffing, Inc. (ECF No. 351), Employco USA, Inc., (ECF No. 353), ProStaff Solutions, LLC, (ECF No. 375), and Waste Collection, Inc. (ECF No. 328) have filed interpleaders in which they disclaim their interest in the interpleaded funds and asked to be dismissed from the matter. The Court has previously granted SUNZ Insurance Company's motions to withdraw funds that relate to each of the above entities in light of their respective disclaimers.

When a defendant in an interpleader action "files a declaration disclaiming any interest in the funds deposited in court by the complainant, that defendant has no further interest or legal standing in the action." *Amoco Production Co. v. Aspen Group*, 189 F.R.D. 614, 616 (D. Colo. 1999). It is therefore appropriate to dismiss an interpleader defendant

1

who makes no claim to the deposited funds. *Oakley Grains, Inc. v. Shumate*, No. 17-cv-717, 2018 WL 4568596, at *3 (E.D. Ark. Sept. 24, 2018) (citing *Great Lakes Auto Ins. Group of Chicago, Ill. v. Shepherd*, 95 F. Supp. 1, 5 (W.D. Ark. 1951)); *see also Great West Cas. Co., Inc. v. Fredrics*, No. 10-cv-267, 2011 WL 5041196, at *1-*2 (W.D. N.C. Oct. 24, 2011). In this case, each of the above Defendants has expressly disclaimed their interest in the interpleaded funds. The Court therefore recommends that they be dismissed from the lawsuit with prejudice.

Therefore, based upon the record, memoranda, and proceedings herein, **IT IS HEREBY RECOMMENDED THAT** Defendants Team Company, Inc., Total Staffing Solutions, LLC, Diverse Staffing, Inc., Employco USA, Inc., ProStaff Solutions, LLC, and Waste Collection, Inc. **BE DISMISSED FROM THIS ACTION**, that said Defendants may have and recover nothing of the interpleaded funds, and that there be no award of costs or attorney's fees.

Date: September 3, 2020                     *s/ Tony N. Leung*
                                            Tony N. Leung
                                            United States Magistrate Judge
                                            District of Minnesota

                                            *Benchmark Insurance Company v. SUNZ Insurance Company, et al*
                                            Case No. 20-cv-908 (JRT/TNL)

## **NOTICE**

**Filings Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in LR 72.2(c).