UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

BENCHMARK INSURANCE COMPANY,                    Civil No. 20-908 (JRT/TNL)

        Plaintiff,

v.                                                                                  **ORDER**

SUNZ INSURANCE COMPANY, et al.,

        Defendants.

---

    Anna Tobin, Lawrence M. Shapiro, Mark L. Johnson, X. Kevin Zhao, **GREENE ESPEL PLLP,** 222 South 9th Street, Suite 2200, Minneapolis, MN 55402, for plaintiff.

    Anne M Lockner, **ROBINS KAPLAN LLP,** 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402-2015, Christopher Stephen Carver, Jason Samuel Oletsky, **AKERMAN LLP,** 350 East Las Olas Boulevard, Suite 1900, Ft. Lauderdale, FL 33301, for defendants SUNZ Insurance Company, SUNZ Insurance Solutions, LLC, United Wisconsin Insurance Company.

    Daniel S McGrath, **STEINGART & MCGRATH, PA,** 3300 Edinborough Way, Suite 601, Edina, MN 55435, for defendants Aviator Holdings LLC, Barton Staffing Solutions, Inc, Business Insurers of Georgia, Inc., Carolina's Construction Solutions LLC, CJ Kant Resource Group, LLC, Cohesive Networks, Inc, Cornerstone Capital Group, Inc., Cortech, LLC, Diverse Staffing, Inc., E3 HR, Inc., Employco USA, INC., Essential HR, Inc, Harbor America Holdings, Inc., Howard Leasing, Inc., HR Service Group LLC, Impact Outsourcing Solutions, Inc., Impact Staff Leasing, Inc., IS Development Group, LLC, Lightsource Holdings, LLC, ProStaff Solutions, LLC, Quality Business Solutions, Inc., Staff Pro, LLC, Team Company, Inc., Total Staffing Solutions, LLC, Waste Collection, Inc.

Mitchel Krouse, **THE KROUSE LAW FIRM,** 9040 Town Center Parkway, Lakewood Ranch, FL 34202, Jessica C. Richardson, Kelly P. Magnus, Rolf Sonnesyn, **TOMSCHE, SONNESYN & TOMSCHE, P.A.,** 8401 Golden Valley Road, Suite 250, Minneapolis, MN 55427, for defendants Butler America Holdings Inc., Century Employer Organization, LLC., Payday, Inc.

Norman H. Pentelovitch, **ANTHONY OSTLUND BAER & LOUWAGIE P.A.,** 90 South Seventh Street, Suite 3600, Minneapolis, MN 55402, for defendant Decision HR Holdings, Inc.

Clifford S Anderson, **CIFFLAW, PLLC,** 310 4th Avenue South, Suite 5010, Minneapolis, MN 55415, Steve M Williard, **THE WILLIARD LAW FIRM, L.P.,** 1920 North Memorial Way, # 207, Houston, TX 77007, for defendant Innerstaff.

Jason E Engkjer, Michael Clark Glover, **LOMMEN ABDO, P.A.,** 1000 International Centre, 920 Second Avenue South, Minneapolis, MN 55402, for defendants PRO Resources, Corporation.

James Schoeberl, Kadee Jo Anderson, **STINSON LLP,** 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402, for defendant Resourcing Edge I, LLC.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 24, 2020 (Docket No. 325), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

Defendants Aviator Holdings, LLC, Barton Staffing Solutions, LLC, Business Insurers of Georgia, Inc., Carolina's Construction Solutions, LLC, CJ Kant Resource Group, LLC, Cohesive Networks, Inc., Cornerstone Capital Group, Inc., CorTech, LLC, E3 HR, Inc., Essential HR, Inc., Harbor America Holdings, Inc., Howard Leasing, Inc., HR Service Group, LLC, Impact Outsourcing Solutions, Inc., Impact Staff Leasing, Inc, Innerstaff, IS

Development Group, LLC, Lightsource Holdings, LLC, PRO Resources, Quality Business Solutions, LLC, and Staff Pro, LLC, having disclaimed any interest or waived any recovery with regard to the interpleaded funds, **ARE DISMISSED FROM THIS ACTION** and that said Defendants may have and recover nothing of the interpleaded funds.

DecisionHR Holdings, Inc.'s Unopposed Motion for Entry of an Order of Dismissal (ECF No. 260) is **GRANTED** and that DecisionHR Holdings, Inc., having disclaimed any interest or waived any recovery with regard to the interpleaded funds, is **DISMISSED FROM THIS ACTION** and that it may have and recover nothing of the interpleaded funds.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  September 16, 2020
in Minneapolis, Minnesota

                                                      s/John R. Tunheim
                                                      JOHN R. TUNHEIM
                                                      Chief Judge
                                                      United States District Court