UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

BENCHMARK INSURANCE COMPANY,

    Plaintiff,

v.

SUNZ INSURANCE COMPANY, et al.,

    Defendants.

Civil No. 20-908 (JRT/TNL)

**ORDER**

---

Scott A Benson, **RIOL & BENSON, PLLC,** 80 South 8th Street, Suite 3700, Minneapolis, MN 55402, for Benchmark Insurance Company.

Anne M Lockner, **ROBINS KAPLAN LLP,** 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402-2015, for defendant SUNZ Insurance Solutions, LLC.

Rolf E Sonnesyn, **TOMSCHE, SONNESYN & TOMSCHE, P.A.,** 1000 Shelard Parkway, Suite 400, Minneapolis, MN 55426, for defendant Century Employer Organization, LLC.

The parties have filed a stipulation for dismissal of Payday's counterclaims and crossclaims with prejudice, with each party bearing their own costs, expenses, and attorneys' fees. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Payday's crossclaims against SUNZ are **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees; and

**2.** Payday's counterclaims against Benchmark are **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 16, 2023
at Minneapolis, Minnesota              s/John R. Tunheim
                                                              JOHN R. TUNHEIM
                                                              United States District Judge